KAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikeal Glenn Stine,<br><br>Plaintiff,<br><br>v.<br><br>Barbara Von Blanckensee, et al.,<br><br>Defendants. | No.   CV 20-00489-TUC-DCB<br><br>**ORDER** |

On screening under 28 U.S.C. § 1915A(a), the Court determined that Plaintiff, who is in the custody of the Bureau of Prisons, stated a claim pursuant to 28 U.S.C. § 1331 seeking injunctive relief based on allegations that United States Penitentiary (USP)-Tucson Warden Von Blanckensee and Associate Warden Segal failed to implement measures to protect inmates from COVID-19.  (Doc. 6.)

After Plaintiff returned service packets to the Clerk of the Court, the United States Marshal served the United States Attorney General (Doc. 17), Defendant Segal (Doc. 18), and the Assistant United States Attorney in the District of Arizona, Tucson Division (Doc. 14).  The service for Warden Von Blanckensee was returned unexecuted because she is no longer the Warden of USP-Tucson.  (Doc. 12.)

Defendant Segal has not appeared in this action.  Because there is no apparent reason why Defendant Segal has not timely appeared in this action, Plaintiff may file a Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

. . . .

**IT IS ORDERED**:

(1) Within **20 days** of the date of this Order, Plaintiff must either **show cause** why Von Blanckensee should not be dismissed from this action since she can no longer provide the injunctive relief Plaintiff seeks in this action or **file a motion to amend** his Complaint to name the new Warden of USP-Tucson. If Plaintiff does not either show cause or file a motion to amend, Defendant Von Blanckensee will be dismissed for failure to effect service.

(2) The Clerk of Court must email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Peter Lantka at peter.lantka@usdoj.gov.

Dated this 15th day of March, 2021.

Honorable David C. Bury
United States District Judge